THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH GREGORY, Appellant.

*People* v. *Gregory*, 178 App. Div. 930, affirmed.

(Argued November 25, 1918; decided December 10, 1918.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered May 11, 1917, which affirmed a judgment rendered at a Trial Term for the county of Kings upon a verdict convicting the defendant of the crime of compulsory prostitution of women.

*David F. Price, George W. Martin* and *Abraham Kesselman* for appellant.

*Harry E. Lewis, District Attorney* (*Harry G. Anderson* and *Ralph E. Hemstreet* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, POUND, MCLAUGHLIN and ANDREWS, JJ.